UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEIPING XU ET AL., | No. 8:25-cv-02609-PA-ADS |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. | |
| UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, | Honorable Percy Anderson<br>United States District Judge |
| Defendant. | |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice; The dismissal shall not prejudice any party to this action.

2. USCIS has scheduled an interview for Plaintiff's Application to take place on March 16, 2026 at 8:00 a.m.

3. Plaintiff agrees to attend the interview on the date listed above, absent unforeseen or exceptional circumstances;

4. USCIS agrees to diligently work towards completing adjudication of the Form I-485 Applications to Register Permanent Residence or Adjust Status within 60 or 60 days from March 16, 2026, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;

5. In the event that USCIS does not complete adjudication of the Form I-485 Applications within 60 days of the receipt of Plaintiffs interview, Defendant shall not oppose any motion by Plaintiffs to this Court to reopen the case on or after May 15, 2026;

6. Each party agrees to bear his, her or its own litigation costs, expenses, and attorney fees.

Dated:  February 26, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1